**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7736**

———————————

WARREN CHASE; CURTIS L. WRIGHT,

Plaintiffs - Appellants,

and

MARC CANNADI; TROY L. JONES-BEY; DWAYNE
DOUCETT; GREGORY LAWRENCE; JOHN R. ASHBY;
KEVIN FULLER; JAMES SYDNOR; TERRY DORSEY;
CHARLES THOMAS; JAMES FOLKS; DAVID BRIGHT;
TYRESE JORDAN; MICHAEL L. TALLEY; JEAN BERNARD
GERMAIN; ANTHONY HUGHLEY; SAMUEL PARR;
THADDEUS DONALDSON; RAYMOND PLUNKETT; EDWARD
W. JEFFERSON; DARLOS HUTTON; G. W. JONES,

Plaintiffs,

versus

MARYLAND CORRECTIONAL ADJUSTMENT CENTER,
dietary department, the dietary contractors
and each of its dietary employees, workers and
custodians; CORRECTIONAL FOOD SERVICES MANAGE-
MENT, an independent contractor; C.F.M., AN
INDEPENDENT CONTRACTOR; THOMAS R. CORCORN,
Warden; LISA ALEXANDER, Corporal; DONNA
HANSEN, Lieutenant; SIZZLER, Dietary Employee;
MARVE MORRISON; PAT DONOVAN; JAMES SMITH,
Chief of Security; CECILE LEAK; STUART SIMMS,
Secretary Department of Public Safety; WILLIAM
W. SONDERVAN; JACK KAVANAGH, Assistant Commis-
sioner; FRANK C. SIZER, JR., Chief Commis-
sioner; FEDERAL BUREAU OF INVESTIGATION;
DEPARTMENT OF HEALTH AND MENTAL HYGIENE; STATE
OF MARYLAND, DEPARTMENT OF PUBLIC SAFETY AND
CORRECTIONAL SERVICES, division of support

services; UNITED STATES DEPARTMENT OF JUSTICE,
Civil Rights Division; MS. KENYON,

                                    Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
00-1509-CCB)

———————————

Submitted:  March 14, 2002              Decided:  March 22, 2002

———————————

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Warren Chase, Curtis L. Wright, Appellants Pro Se.  John Joseph
Curran, Jr., David Phelps Kennedy, OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, Baltimore, Maryland; William Fitts Ryan, Jr.,
Christopher Bowie Lord, WHITEFORD, TAYLOR & PRESTON, Baltimore,
Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Warren Chase and Curtis Wright appeal the district court's order granting summary judgment to the Maryland Correctional Adjustment Center and several of its employees. Chase and Wright claimed that the prison diet was in violation of the Eighth Amendment's bar against cruel and unusual punishment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Chase v. Maryland Correction, No. CA-00-1509-CCB (D. Md. filed Sept. 24, 2001; entered Sept. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED